McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone:  (559) 498-7316

Attorneys for Defendant


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IRMA MITCHELL, | ) | CV-F 04-6136 DLB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO EXTEND TIME |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties, through their respective counsel, stipulate that defendant's time to respond to plaintiff's opening brief be extended from June 13, 2005 to July 13, 2005.

///

///

///

///

///

///

///

1

1  This is defendant's first request for an extension of time
2 to respond to plaintiff's opening brief.  Defendant needs the
3 additional time to further review the file and prepare a response
4 in this matter.

Respectfully submitted,

Dated: June 8, 2005          /s/ Gina M. Fazio
                             (as authorized by facsimile)
                             GINA M. FAZIO
                             Attorney for Plaintiff


Dated: June 9, 2005          McGREGOR W. SCOTT
                             United States Attorney


                             /s/ Kimberly A. Gaab
                             KIMBERLY A. GAAB
                             Assistant U.S. Attorney


IT IS SO ORDERED.

**Dated:   June 9, 2005**             **/s/ Dennis L. Beck**
3c0hj8                       UNITED STATES MAGISTRATE JUDGE

2